E-FILED
Thursday, 14 October, 2010 04:39:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| LAWRENCE C. BARBEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-CV-2056 |
| | ) | |
| CHRISTY - FOLTZ, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION IN LIMINE

Plaintiff, by his attorneys, moves in limine to exclude mention of the following and in support states:

1. Following the Final Pretrial Conference issues have arisen regarding Defendant's proposed Voir Dire questions and otherwise that lead Plaintiff to believe Defendant may try and mention or otherwise bring before the jury matters Plaintiff believes are either not relevant or are prejudicial.

2. Specifically, Plaintiff asserts that following should be excluded: (1) mention of the fact that Plaintiff was convicted of a crime on May 30, 1990; (2) the fact Plaintiff has been divorced three times; and (3) the fact that Plaintiff previously asserted a wage related claim against Defendant that was not included in the Final Pretrial Order and is not being pursued.

3. Accompanying this motion is a memorandum of law that more fully sets forth why the motion should be granted.

Wherefore, Plaintiff prays the Court will enter an order prohibiting Defendant from

mentioning or otherwise conveying to the jury that Plaintiff was previously convicted of a crime, divorced three times, and previously included another claim against Defendant.

Respectfully submitted,

By:/s/ Douglas J. Quivey
Douglas J. Quivey, #6225888
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O Box 399 Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com

By:/s/ Mary Lee Leahy
Mary Lee Leahy, 1599534
LEAHY LAW OFFICES
308 E. Canedy St.
Springfield IL  62703-2202
217-522-4411
Leahylaw@ameritech.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2010, I presented the foregoing PLAINTIFF'S MOTION IN LIMINE to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

R. Samuel Postlewait
spostlewait@family-net.net
wfps@family-net.net

By:   /s/ Douglas J. Quivey
Douglas J. Quivey, Bar Number 6225888
Attorney for Defendants
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL  62705
Telephone: (217) 544-9823
Fax: (217) 544-9826
doug@lprpc.com

By:/s/ Mary Lee Leahy
Mary Lee Leahy, 1599534
LEAHY LAW OFFICES
308 E. Canedy St.
Springfield IL  62703-2202
217-522-4411
Leahylaw@ameritech.net