2:09-cv-02056-DGB   # 76   Page 1 of 1                   E-FILED
AO 450 (Rev. 5/85) Judgment in a Civil Case              Wednesday, 26 January, 2011  04:05:39 PM
                                                         Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**Lawrence C. Barbee,**
    **Plaintiff,**

vs.

Case Number: **09-cv-2056**

**Christy-Foltz, Inc.,**
    **Defendant.**

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, Lawrence Barbee and against Defendant, Christy-Foltz Inc. regarding harassment based on race. Compensatory damages awarded to Plaintiff in the sum of $10,000.00 and punitive damages awarded to Plaintiff in the sum of $12,500.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, Christy-Foltz Inc. and against Plaintiff, Lawrence Barbee regarding discrimination/retaliation-failure to put in ready mix truck driver position.

**IT IS FURTHER ORDERED THAT**: pursuant to Order entered January 26, 2011 Plaintiff is awarded attorney's fees and costs in the amount of $ 97,354.27.

ENTERED this 26th day of January, 2011.

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/J. Winkler
BY: DEPUTY CLERK